UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steadfast Capital Management LLC,
d/b/a Steadfast Financial LLC
d/b/a Steadfast Financial Advisors LLC

Plaintiff,

-v-

Genine & Carolynne Brown
1 River Plaza (8M)
Tarrytown, New York 10591

Defendant.

Case No. 08-cv-0137(WHP)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

STEADFAST CAPTIAL MANAGEMENT LLC  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A

**Date:** January 7, 2008

Signature of Attorney

**Attorney Bar Code:** GG 2857

Form Rule7_1.pdf  SDNY Web 10/2007