UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
STEADFAST CAPITAL MANAGEMENT LLC,  :
d/b/a STEADFAST FINANCIAL LLC,  :
d/b/a STEADFAST FINANCIAL ADVISORS LLC,  : Case No.: 08-cv-0137 (WHP)
  :
                       Plaintiff,  :
  : ECF Case
              -against-  :
  : **NOTICE OF**
Genine & Carolynne Brown  : **CHANGE OF ADDRESS**
1 River Plaza (8M)  :
Tarrytown, New York 10591  :
  :
  :
                      Defendants.  :
------------------------------------------------------------------X

**To: Attorney Admission Clerk and All Other Parties**

      **PURSUANT TO LOCAL RULE 1.3 OF THIS COURT,** please take notice of the following attorney information for:

Gregory W. Gilliam (GG-2857)

      Effective February 22, 2008, the New York office of Venable LLP will relocate. The new address will be as follows:

      Venable LLP
      Rockefeller Center
      1270 Avenue of the Americas
      25th Floor
      New York, New York  10020

      All other contact information will remain the same.

Dated: February 19, 2008
       New York, New York

Respectfully submitted,

By: /s/ Gregory W. Gilliam
Gregory W. Gilliam (GG-2857)
VENABLE LLP

Tel: (212) 307-5500
Fax: (212) 307-5598


Seth Shaifer (SS-4087)
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
E-Mail:*sshaifer@venable.com*
trademarkdocket@venable.com

Of Counsel
Janet F. Satterthwaite*
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
E-Mail: *jfsatterthwaite@venable.com*
trademarkdocket@venable.com

* *pro hac vice admission pending*

*Attorneys for Plainitff,*
*Steadfast Capital Management LLC*