UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEADFAST CAPITAL MANAGEMENT LLC, )
d/b/a STEADFAST FINANCIAL LLC, )
d/b/a STEADFAST FINANCIAL ADVISORS LLC, )
)
            Plaintiff, )   Case No. 08-cv-00137 (WHP)
)
           - against - )
)
Genine & Carolynne Brown )
1 River Plaza (8M) )
Tarrytown, New York 10591 )
           Defendants. )
)

---

### NOTICE OF MOTION AND MOTION FOR *PRO HAC VICE* ADMISSION OF JANET F. SATTERTHWAITE, ESQ.

**PLEASE TAKE NOTICE THAT** upon the accompanying Declaration of Janet F. Satterthwaite, Esq., and Supporting Declaration of Gregory W. Gilliam (Movant), the Movant, a member in good standing of the Bar of the State of New York, and an attorney admitted to practice before the United States District Court for the Southern District of New York, and of Venable LLP, hereby moves this Court to enter an order permitting Janet F. Satterthwaite, a partner with the law firm of VENABLE LLP, to practice *pro hac vice* before the United States District Court for the Southern District of New York to represent STEADFAST CAPITAL MANAGEMENT LLC in the above-captioned matter, pursuant to

Local Rule 1.3(c).

Dated: February 7, 2008,
      New York, New York

                                       Respectfully submitted,

                                       Gregory W. Gilliam (GG-2857)
                                       VENABLE LLP
                                       The Chrysler Building
                                       405 Lexington Ave, 61st Floor
                                       New York, New York  10174
                                       Telephone: (212) 983-1231

                                       *Counsel for Steadfast Capital Management LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEADFAST CAPITAL MANAGEMENT LLC, <br> d/b/a STEADFAST FINANCIAL LLC, <br> d/b/a STEADFAST FINANCIAL ADVISORS LLC, <br><br> Plaintiff, <br><br> - against - <br><br> Genine & Carolynne Brown <br> 1 River Plaza (8M) <br> Tarrytown, New York 10591 <br> Defendants. | Case No. 08-cv-00137 (WHP) |

## DECLARATION OF GREGORY W. GILLIAM IN SUPPORT OF MOTION TO ADMIT JANET F. SATTERTHWAITE, ESQ. *PRO HAC VICE*

GREGORY W. GILLIAM, a member in good standing of the bar of the State of New York as well as the United States District Court for the Southern District of New York, hereby deposes and says as follows:

1. Janet F. Satterthwaite is a member of the law firm of VENABLE LLP, 575 7th Street, NW, Washington, DC 20004-1601 (telephone 202-344-4974).

2. Janet F. Satterthwaite is and has been a member in good standing of the Bars of the District of Columbia and Virginia.

3. Janet F. Satterthwaite is and has been admitted to practice before the United States District Court for the Eastern District of Virginia, United States District Court for the District of Colorado and the United States Court of Appeals for the Federal Circuit.

4. Janet F. Satterthwaite has never been held in contempt of court, nor has he ever been censured, suspended or disbarred by any court.

5. Janet F. Satterthwaite has read and is familiar with (a) the provisions of the Judicial Code (Title 28 U.S.C.), which pertains to the jurisdiction of, and practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Evidence; (d) the Local Rules of the United States District Courts for the Southern and Eastern Districts of New

York; (e) the New York State Lawyer's Code of Professional Responsibility as adopted from time to time by the Appellate Divisions of the State of New York; and (f) the code of Professional Responsibility of the American Bar Association.

6. If admitted to practice before this Court, Janet F. Satterthwaite will faithfully adhere to all rules applicable to his conduct in connection with his activities representing STEADFAST CAPITAL MANAGEMENT LLC in this matter.

7. No prior motion to admit Janet F. Satterthwaite has been made in this matter.

8. Janet F. Satterthwaite agrees to pay the fee of $25.00 upon approval by this Court admitting Janet F. Satterthwaite to practice *pro hac vice*.

Wherefore, Movant respectfully requests that for the foregoing reasons, this Court enter an Order permitting Janet F. Satterthwaite, Esq. to appear as counsel for STEADFAST CAPITAL MANAGEMENT LLC *pro hac vice* in the above-captioned matter.

Dated: February 7, 2008,
      New York, New York

Respectfully submitted,

_____
Gregory W. Gilliam (GG-2857)
VENABLE LLP
The Chrysler Building
405 Lexington Ave, 61st Floor
New York, New York 10174
Telephone: (212) 983-1231

*Counsel for Steadfast Capital Management LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

STEADFAST CAPITAL MANAGEMENT LLC,
d/b/a STEADFAST FINANCIAL LLC,
d/b/a STEADFAST FINANCIAL ADVISORS LLC,

     Plaintiff,

    - against -

Genine & Carolynne Brown
1 River Plaza (8M)
Tarrytown, New York 10591
     Defendants.

Case No. 08-cv-00137 (WHP)

## DECLARATION OF JANET F. SATTERTHWAITE, ESQ. IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Janet F. Satterthwaite, Esq., hereby declare:

1. I am a member of the law firm of Venable LLP, 575 7th Street, NW, Washington, DC 20004-1601 (telephone 202-344-4974).

2. I am and have been a member in good standing of the Bars of the District of Columbia and Virginia.

3. I am and have been an attorney admitted to practice before the United States District Court for the Eastern District of Virginia, United States District Court for the District of Colorado and the United States Court of Appeals for the Federal Circuit.

4. I have never been held in contempt of court, nor have I ever been censured, suspended or disbarred by any court.

5. I have read and am familiar with (a) the provisions of the Judicial Code (Title 28 U.S.C.), which pertains to the jurisdiction of, and practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Evidence; (d) the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York; (e) the New York State Lawyer's Code of Professional Responsibility as adopted from time to time by the Appellate Divisions of the State of New York; and (f) the code of Professional Responsibility of the American Bar Association.

6. If admitted to practice before this Court, I will faithfully adhere to all rules applicable to my conduct in connection with my activities representing STEADFAST CAPITAL MANAGEMENT LLC in this matter.

7. No prior motion to admit me has been made in this matter.

8. I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

9. I respectfully submit to this Court that I meet all of the requirements for *pro hac vice* admission to practice before this Court in this matter and, for all of the foregoing reasons, should be so admitted to be able to represent STEADFAST CAPITAL MANAGEMENT LLC in this matter.

10. I declare under the penalty of perjury under the laws of the United States of America, and pursuant to Fed. R. Civ. P. 11, that the foregoing is true and correct.

Executed this ___1___ day of February 2008.

_____
Janet F. Satterthwaite, Esq.
VENABLE LLP
575 7th Street NW
Washington, DC 20004
Telephone: (202) 344-4974



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JANET FRANCES SATTERTHWAITE IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.   MS.   SATTERTHWAITE   WAS   LICENSED   TO   PRACTICE   LAW   IN   VIRGINIA   ON SEPTEMBER 25, 1986, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued February 4, 2008

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEADFAST CAPITAL MANAGEMENT LLC,<br>d/b/a STEADFAST FINANCIAL LLC,<br>d/b/a STEADFAST FINANCIAL ADVISORS LLC,<br><br>Plaintiff,<br><br>- against -<br><br>Genine & Carolynne Brown<br>1 River Plaza (8M)<br>Tarrytown, New York 10591<br>Defendants. | Case No. 08-cv-00137 (WHP) |

**[PROPOSED] ORDER GRANTING MOTION FOR
*PRO HAC VICE* ADMISSION OF JANET F. SATTERTHWAITE, ESQ.**

This matter having come before the Court on the application of Janet F. Satterthwaite, counsel for STEADFAST CAPITAL MANAGEMENT LLC, to practice before this Court *pro hac vice*, in representing Plaintiff STEADFAST CAPITAL MANAGEMENT LLC, and the Court having reviewed these pleadings and being fully advised thereon:

IT IS HEREBY ORDERED that motion should be and hereby is GRANTED, and Janet F. Satterthwaite is hereby admitted *pro hac vice* before this Court on this matter.

SO ORDERED.

Dated: February ___, 2008.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of Februrary, 2008 a copy of the foregoing Notice of Motion and Motion for *Pro Hac Vice* Admission of Janet F. Satterthwaite, Esq. and Declaration of Janet F. Satterthwaite, Esq. in Support of Motion for *Pro Hac Vice* Admission were sent by first-class mail to all counsel addressed below.

_____
Gregory W. Gilliam

TO:

Ronald L. Konove
Konove and Konove, P.C.
301 Old Tarrytown Road
White Plains, NY 10603