COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
STEADFAST CAPITAL MANAGEMENT LLC,
d/b/a STEADFAST FINANCIAL LLC,
d/b/a STEADFAST FINANCIAL ADVISORS LLC,

                      Plaintiff,

         -against-

Genine & Carolynne Brown
1 River Plaza (8M)
Tarrytown, New York 10591

                     Defendants.
------------------------------------------------------------------X

Case No.: 08-cv-0137 (WHP)

ECF Case

**VOLUNTARY DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff STEADFAST CAPITAL MANAGEMENT LLC hereby voluntarily dismisses the complaint filed in the above-named matter without prejudice.

Dated: New York, New York
       May 6, 2008

                                VENABLE LLP

                                By: _____
                                     Gregory W. Gilliam (GG-2857)

                                1270 Avenue of the Americas, 25th Floor
                                New York, NY 100200
                                Telephone (212) 307-5500
                                Facsimile (212) 307-5598

                                *Attorneys for Plaintiff*
                                *Steadfast Capital Management LLC*

                                SO ORDERED:

                                _____
                                WILLIAM H. PAULEY III U.S.D.J.

TO:
Ronald L. Konove, Esq.
Konove and Konove, P.C.
301 Old Tarrytown Road
White Plains, NY 10603
Tel: (212) 682-1727

*Attorneys for Plaintiffs*
*Genine & Carolynne Brown*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Voluntary Dismissal was duly served via overnight mail on May 6, 2008, addressed as follows, upon:

>Ronald L. Konove, Esq.
>Konove and Konove, P.C.
>301 Old Tarrytown Road
>White Plains, NY  10603

_____
Gregory W. Gilliam